**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COINBASE, INC.,<br><br>     Plaintiff,<br><br>  -against-<br><br>KAREN MOON,<br><br>     Defendant. | Civil Action No.: 1:24-cv-03969<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York (the "Local Rules"), Barbara A. Smith hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff in the above-captioned action.

I am a member in good standing of the bars of the states of Missouri and the District of Columbia, as well as multiple federal courts, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been held in contempt of court, censured, suspended, disbarred, or denied admission or readmission by any state or federal court. I have submitted an Affidavit pursuant to Local Rule 1.3.

Dated: June 11, 2024

Respectfully Submitted,

*/s/ Barbara A. Smith*
Barbara A. Smith
BCLP LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 (telephone)
(314) 259-2020 (facsimile)
nora.faris@bclplaw.com

*Attorney for Plaintiff*