AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Coinbase Inc., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-03969-ALC |
| Karen Moon | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Karen Moon              .

Date:   07/22/2024

/s/ Kyle W. Roche
*Attorney's signature*

Kyle W. Roche (5517776)
*Printed name and bar number*

260 Madison Avenue, 8th Fl.
New York, NY 10016

*Address*

kyle@kyleroche.law
*E-mail address*

(917) 909-8766
*Telephone number*

*FAX number*