**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COINBASE, INC., | Case No. 1:24-cv-03969-ALC |
| *Petitioner*, | |
| V. | |
| KAREN MOON, | |
| *Respondent*. | |

**RESPONSE TO PETITION TO CONFIRM ARBITRATION AWARD**

Respondent Karen Moon submits this response to Coinbase, Inc.'s petition to confirm the May 21, 2024, Final Award issued by Arbitrator Deborah A. Shapiro in the arbitration proceeding American Arbitration Association Case No. 01-23-0001-3424, *Moon v. Coinbase, Inc. and Coinbase Global, Inc.*, pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16. While Respondent disagrees with the Arbitrator's conclusions and assessment of the evidence, Respondent does not take a position as to the Coinbase's petition for confirmation of the final award as a judgment of this Court against Respondent in the amount of $0.

Dated:  July 22, 2024
          New York, NY

Respectfully submitted,

*/s/ Kyle Roche*
Kyle W. Roche
**KYLE ROCHE P.A.**
260 Madison Ave., FL 8
New York, NY 10016
Tel.: (917) 909-8766
kyle@kyleroche.law

*Counsel for Respondent*