**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
COINBASE, INC.,

                Petitioner,                24 **CIVIL** 3969 (ALC)

     -against-                        **JUDGMENT**

KAREN MOON,

                Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 20, 2024, Coinbase's Petition to confirm the Award dismissing Moon's claims is GRANTED. Judgment is entered in favor of Petitioner; accordingly, the case is closed.

**Dated**: New York, New York
         December 20, 2024

                                        **TAMMI M. HELLWIG**
                                        **Clerk of Court**

                **BY:**        *K. Mango*

                                        **Deputy Clerk**